## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

**TONIA SCOTT,**                                    :

    **Plaintiff,**                        :    **CIVIL ACTION NO. 3:16-0340**

        **v.**                        :         **(JUDGE MANNION)**

**CYNTHIA GEHRIS, et al.,**                    :

    **Defendants**                        :

## ORDER

For the reasons set forth in the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)**   The plaintiff's motion for leave to proceed in forma pauperis, (Doc. 2), is **GRANTED**;

**(2)**   the plaintiff's complaint, (Doc. 1), is **DISMISSED WITH PREJUDICE**; and

**(3)**   the clerk of court is directed to close this case.


s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: March 1, 2016**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-0340-01-ORDER.wpd